NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SAMUEL WATSON,                       )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D18-4454
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____    )

Opinion filed May 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle Sisco,
Judge.

Samuel Watson, pro se.


PER CURIAM.

        Affirmed.  See Betancourt v. State, 804 So. 2d 313 (Fla. 2001); Williams v.

State, 707 So. 2d 683 (Fla. 1998); Lee v. State, 679 So. 2d 1158 (Fla. 1996); McDonald

v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So. 3d 598 (Fla. 2d

DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Franke v. State, 997

So. 2d 424 (Fla. 2d DCA 2008); Valdez-Garcia v. State, 965 So. 2d 318 (Fla. 2d DCA

2007); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884

So. 2d 321 (Fla. 2d DCA 2004); Smith v. State, 454 So. 2d 90 (Fla. 2d DCA 1984);

Williams v. State, 925 So. 2d 427 (Fla. 3d DCA 2006); Jones v. Crosby, 857 So. 2d 972

(Fla. 3d DCA 2003); Edwards v. State, 830 So. 2d 141 (Fla. 5th DCA 2002); Harris v.

State, 789 So. 2d 1114 (Fla. 1st DCA 2001).

SILBERMAN, MORRIS, and SALARIO,JJ., Concur.